ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 19 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEVORG KEVLIYAN | Criminal Indictment<br><br>No. 1 18-CR-451 |

THE GRAND JURY CHARGES THAT:

(Theft from Interstate Shipment)
(18 U.S.C. § 659)

On or about July 5, 2017, in the Northern District of Georgia, the defendant, GEVORG KEVLIYAN, did knowingly embezzle, steal, and unlawfully take and carry away from a motortruck, trailer, and vehicle, with the intent to convert to his own use, goods and chattel of a value of at least $1,000, that is, approximately 900 Acer Chromebook laptops, which were moving as, were a part of, and which constituted an interstate shipment of freight and express from Clayton County, in the State of Georgia, to Los Angeles County, in the State of California, in violation of Title 18, United States Code, Section 659.

**Forfeiture**

As a result of committing the offense alleged in this Indictment, the defendant, GEVORG KEVLIYAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, all property, real and personal, constituting or derived from proceeds traceable to those offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends to seek forfeiture of any other property of said defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A ___True___ BILL

___[redacted]___
FOREPERSON

BYUNG J. PAK
 United States Attorney

*/s/ Scott McAfee*
SCOTT MCAFEE
 Assistant United States Attorney
Georgia Bar No. 650995

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404 581 6000; Fax: 404-581 6181