AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 5:19-mj-1050-HNJ |
| Gevorg Kevliyan | ) | Charging District: | Northern District of Georgia |
| *Defendant* | ) | Charging District's Case No. | 1:18-cr-451-UNA |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Richard B. Russell Federal Building & U. S. Courthouse 75 Ted Turner Drive, Room 2211 Atlanta, Georgia 30303 | Courtroom | |
|---|---|---|---|
| | | Date and | To Be Determined |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

**DATED** this 3rd day of June, 2019.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE